## UNITED STATES DISTRICT COURT

### for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Lakendrick M. Doolittle**                                 **Docket No. 5:10-MJ-1774-1**

### Petition for Action on Probation

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lakendrick M. Doolittle, who, upon a plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 6, 2011, to a 12 - month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2.    The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3.    It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4.    The defendant shall surrender his/her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant will be deployed by the U.S. Army to Afghanistan on or about August 20, 2011. The defendant has paid the fine and special assessment in full, completed his Driving While Impaired assessment and treatment, and completed his community service. Due to the defendant's compliance with supervision and his pending deployment to the Middle East, it is recommended that probation be terminated.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's probation be terminated.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

/s/Keith W. Lawrence
Keith W. Lawrence
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 8, 2011

### ORDER OF COURT

Considered and ordered this _**8th**_ day of _**August**_____, 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge